UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT

Filed & Entered
On Docket
September 10, 2014

IN RE:                                )       Chapter 13
**Edward Higley**                     )       Case No: 14-10339 CAB

**JOINT STIPULATION EXTENDING TIME TO OBJECT OR OTHERWISE
RESPOND TO DEBTOR'S CHAPTER 13 PLAN
WITH ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Debtor, Edward Higley (the "Debtor"), by and through Debtor's counsel Obuchowski & Emens-Butler, and General Electric Capital Corporation ("GECC"), by and through their counsel, Antonin Robbason, Esq., that the time within which GECC may file an objection, or otherwise respond, to the proposed Chapter 13 Plan of the Debtor shall be and is extended to 4:00 p.m. on October 29, 2014 and confirmation shall not occur until after that time on any point relevant to GECC until after that time. The Parties Move the Court to Grant such extension.

Debtor's Counsel will e-consent to this Stipulation and upon receipt, the Parties request the Court take up this Motion and rule on it as soon as possible.

The Parties anticipate a separate Stipulated Motion to Continue the Confirmation Hearing to the November docket which, if Granted, will fit with the date provided above.

| | |
|---|---|
| Obuchowski & Emens-Butler | Creditor |
| __via e-consent__ | __/s/ Antonin Robbason on 09/09/2014__ |
| Donald Hayes, Esq. | Antonin Robbason, Esq. |
| For the Debtor | For GECC |
| | antonin.robbason@comcast.net |
| | 802-775-2521 ext. 23 |

Based upon the Stipulation of the Parties, the requested Relief is GRANTED.

_____          Sept 10, 2014
Hon. Colleen A. Brown,                     Date
Presiding Judge, Bankruptcy Court for the District of Vermont